IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)        **CRIMINAL MINUTES**

 05 / 1794 / 01      Date: 2/16/07
Yr    Case No.   Dft#

XX   Hon.   RANER C. COLLINS

USA v.   ADAMS          RICHARD          PETER
        Last Name           First Name          Middle Name
DEFENDANT: x Present    Not Present    Released x Custody    Writ

Deputy
Clerk: Marisa Harris          Crt Rptr: Bonnie Brunotte

U. S. Atty: David Kern          Dft Atty: Richard Jones
                                             x pres    appt.    x ret'd
Intrptr:

================================================================
___ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued, dft to be held without bail

**PROCEEDINGS:**    XX Open Court      Chambers      Other

HEARING ON OBJECTIONS TO REPORT AND RECOMMENDATION:

Mr. Jones is objecting to the report and recommendation by Magistrate Judge Guerin, which recommends denial of defense motion to suppress.

Parties present their arguments.

IT IS ORDERED that the recommendation of the magistrate judge is ADOPTED, and the motion to suppress (doc #37) is DENIED.

Defense has filed an 8th motion to continue the trial of 2/27/07.

The government has no objection.

IT IS ORDERED that the motion to continue (doc #81) is GRANTED.

Trial previously set for 2/27/07 is RESET for 4/24/07 at 9:30 AM.  Plea deadline is 4/13/07.

At the request of defense and with no objection from the government, IT IS FURTHER ORDERED that the bond is exonerated.

Excludable delay purs to 18:3161 (h)(8) to commence on 2/28/07 and terminate on 4/24/07