IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 05-1794-TUC-RCC(JCG) |
| Plaintiff, | **ORDER** |
| vs. | |
| Richard Peter Adams, | |
| Defendant. | |

No objections having been filed,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#94).

**IT IS FURTHER ORDERED GRANTING** in part defendant's Motion to Reveal Confidential Informant (#84) as set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED DENYING** defendant's Motion to Sever Counts (#86)

DATED this 18th day of May, 2007.

_____
Raner C. Collins
United States District Judge